# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Phillips, Thomas W. | Eastern District of Tennessee | 12/19/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

800 Market Square
Suite 145
Knoxville, TN 37902

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Trustees | Berea College, Berea, KY |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise SPS NQ Account | | | | | | | | | |
| 2. -Ameriprise Cash | | None | J | T | | | | | |
| 3. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Sold (part) | 03/29/18 | J | A | |
| 4. -Ishares Russell Mid Cap (IWS) | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 5. -Pimco Income CL A (PONAX) | A | Int./Div. | J | T | Sold (part) | 03/29/18 | J | A | |
| 6. -Lord Abbett Floating Rate CL F (LFRFX) | A | Int./Div. | J | T | Buy (add'l) | 03/29/18 | J | | |
| 7. -American Century Emerging Markets Investor Class (TWMIX) | A | Int./Div. | J | T | Buy | 03/29/18 | J | | |
| 8. -Columbia Balanced Fund A (CBALX) | A | Int./Div. | J | T | Buy (add'l) | 03/29/18 | J | | |
| 9. -Ivy International Core Equity Fund Class I (ICEIX) | A | Int./Div. | J | T | Buy | 03/29/18 | J | | |
| 10. -Columbia Balanced Fund A (CBALX) | A | Int./Div. | J | T | Sold (part) | 12/03/18 | J | A | |
| 11. Ameriprise ONE Account | | | | | | | | | |
| 12. -Cash- Ameriprise Insured Money Market Account (AIMMA) | A | Interest | J | T | | | | | |
| 13. Ameriprise Trust Co. IRA | | | | | | | | | |
| 14. -Cisco (CSCO) Common Stock | A | Dividend | | | Sold | 02/02/18 | J | C | |
| 15. -Citigroup, Inc. (C) Common Stock | A | Dividend | | | Sold | 02/02/18 | J | B | |
| 16. -Ishares S&P Mid Cap 400 (IJK) | A | Dividend | | | Sold | 02/02/18 | K | C | |
| 17. -Ishares Russell Mid Cap (IWS) | A | Dividend | | | Sold | 02/02/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Pimco Income (PONAX) | A | Int./Div. | K | T | Sold (part) | 02/02/18 | J | A | |
| 19. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold (part) | 02/02/18 | J | A | |
| 20. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 21. -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Int./Div. | | | Sold | 02/02/18 | J | B | |
| 22. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Sold (part) | 02/02/18 | J | A | |
| 23. -Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | C | |
| 24. -Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 25. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 26. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Buy | 02/02/18 | J | | |
| 27. -Apple (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 28. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 29. -Ishares MSCI EAFE Value ETF (EFV) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 30. -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 31. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 32. -Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 33. -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 34. -Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy | 02/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Mid-Cap Index Fund (VO) | A | Dividend | K | T | Buy (add'l) | 02/02/18 | K | | |
| 36. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | K | T | Sold (part) | 03/29/18 | J | A | |
| 37. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold (part) | 03/29/18 | J | A | |
| 38. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 39. -Pimco Income (PONAX) | A | Int./Div. | K | T | Sold (part) | 03/29/18 | J | A | |
| 40. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | K | T | Sold (part) | 03/29/18 | J | A | |
| 41. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | A | |
| 42. -Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 09/07/18 | J | B | |
| 43. -Apple (AAPL) Common Stock | A | Dividend | | | Sold | 12/28/18 | J | B | |
| 44. -Ishares MSCI EAFE Value ETF (EFV) | A | Int./Div. | | | Sold | 09/07/18 | K | A | |
| 45. -Pimco Income (PONAX) | A | Int./Div. | K | T | Sold (part) | 09/07/18 | J | A | |
| 46. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 47. -Vanguard Financials ETF (VFH) | A | Dividend | | | Sold (part) | 09/07/18 | J | A | |
| 48. -Vanguard Financials ETF (VFH) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 49. -Vanguard Health Care ETF (VHT) | A | Dividend | | | Sold | 09/07/18 | J | A | |
| 50. -Vanguard Materials ETF (VAW) | A | Dividend | | | Sold (part) | 09/07/18 | J | A | |
| 51. -Vanguard Materials ETF (VAW) | A | Dividend | | | Sold | 12/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | | | Sold (part) | 09/07/18 | J | A | |
| 53. -Vanguard Value ETF (VTV) | A | Dividend | | | Sold (part) | 09/07/18 | J | B | |
| 54. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 09/07/18 | J | | |
| 55. -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Buy | 09/07/18 | J | | |
| 56. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | K | T | Buy | 09/07/18 | K | | |
| 57. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Buy (add'l) | 09/07/18 | J | | |
| 58. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 59. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 60. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |
| 61. -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | K | A | |
| 62. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |
| 63. -Vanguard Growth ETF (VUG) | A | Dividend | K | T | Sold (part) | 12/28/18 | J | C | |
| 64. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 65. -Ishasres Barclays Treasury Bond Fund (IEF) | A | Interest | J | T | Buy | 12/28/18 | J | | |
| 66. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 67. -Pimco Income (PONAX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 68. -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 70. -Vanguard Value ETF (VTV) | A | Dividend | K | T | Buy (add'l) | 12/28/18 | K | | |
| 71. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 72. Ameriprise Brokeragee | | | | | | | | | |
| 73. -Cash-Ameriprise Insured Money Market Account (AIMMA) | A | Interest | J | T | | | | | |
| 74. -Industrial Property REIT | A | Int./Div. | K | T | | | | | |
| 75. -Cary Watermark Investors REIT | A | Int./Div. | K | T | | | | | |
| 76. RiverSource RAVA 5 Advantage Variable Annuity | | | | | | | | | |
| 77. -Columbia VP Managed Volatility Growth Fund | A | Int./Div. | M | T | | | | | |
| 78. Ameriprise Trust Co ROTH IRA | | | | | | | | | |
| 79. -Cash- Dreyfus Government Cash (MMF) | A | Interest | J | T | | | | | |
| 80. -Pimco Income (PONAX) | A | Int./Div. | J | T | Sold (part) | 02/02/18 | J | A | |
| 81. -Prudential Short Term Corp Bond CL Z (PIFZX) | A | Int./Div. | | | Sold | 02/02/18 | J | A | |
| 82. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | | | Sold (part) | 02/02/18 | J | A | |
| 83. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | | | Sold (part) | 09/07/18 | J | A | |
| 84. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | | | Sold | 12/28/18 | J | A | |
| 85. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | J | T | Sold (part) | 02/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 87. -Vanguard Total Stock Market (VTI) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 88. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 89. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy | 02/02/18 | J | | |
| 90. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 91. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | A | |
| 92. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | | | Sold (part) | 09/07/18 | J | A | |
| 93. -Ishares MSCI EAFE ETF (EFA) | A | Int./Div. | | | Sold | 12/28/18 | J | A | |
| 94. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 95. -Pimco Income (PONAX) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | A | |
| 96. -Vanguard Mid-Cap ETF (VO) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | B | |
| 97. -Vanguard Total Stock Market (VTI) | A | Dividend | K | T | Sold (part) | 09/07/18 | J | A | |
| 98. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 09/07/18 | J | | |
| 99. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | J | T | Buy | 09/07/18 | J | | |
| 100. -Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 101. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |
| 102. -Pimco Income (PONAX) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 104. -Ishasres Barclays Treasury Bond Fund (IEF) | A | Interest | J | T | Buy | 12/28/18 | J | | |
| 105. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | J | T | Buy | 12/28/18 | J | | |
| 106. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 107. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 108. -Vanguard Total Stock Market (VTI) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 109. Ameriprise S/PS IRA | | | | | | | | | |
| 110. -Cash-Dreyfus Government Cash (MMF) | A | Interest | J | T | | | | | |
| 111. -(CSCO)-Cisco (CSCO) Common Stock | A | Dividend | | | Sold | 02/02/18 | J | B | |
| 112. -Citigroup, Inc. (C) Common Stock | A | Dividend | | | Sold | 02/02/18 | J | B | |
| 113. -Ishares S&P Midcap 400 Growth (IJK) | A | Dividend | | | Sold | 02/02/18 | K | B | |
| 114. -Ishares Russell Mid Cap (IWS) | A | Dividend | | | Sold | 02/02/18 | J | A | |
| 115. -Pimco Income (PONAX) | A | Int./Div. | J | T | Sold (part) | 02/02/18 | J | A | |
| 116. -Prudential Short Term Corp Bond Cl Z (PIFZX) | A | Int./Div. | | | Sold (part) | 02/02/18 | J | A | |
| 117. -Prudential Short Term Corp Bond Cl Z (PIFZX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 118. -Vanguard FTSE All World EX US Small Cap ETF (VSS) | A | Int./Div. | | | Sold | 02/02/18 | J | A | |
| 119. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Sold (part) | 02/02/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 02/02/18 | J | B | |
| 121.  -Vanguard Balue ETF (VTV) | A | Dividend | K | T | Sold (part) | 02/02/18 | J | A | |
| 122.  -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Sold (part) | 02/02/18 | J | A | |
| 123.  -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Buy | 02/02/18 | J | | |
| 124.  -Apple (AAPL) Common Stock | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 125.  -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 126.  -Ishares MSCI EAFE Value ETF (EFV) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 127.  -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 128.  -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | J | T | Buy (add'l) | 02/02/18 | J | | |
| 129.  -Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 130.  -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 131.  -Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 132.  -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | K | T | Buy | 02/02/18 | K | | |
| 133.  -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | A | |
| 134.  -Apple (AAPL) Common Stock | A | Dividend | | | Sold (part) | 09/07/18 | J | A | |
| 135.  -Apple (AAPL) Common Stock | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 136.  -Ishares MSCI EAFE Value ETF (EFV) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -MFS Total Return Bond CL Z (MRBIX) | A | Int./Div. | | | Sold | 09/07/18 | J | A | |
| 138. -Pimco Income (PONAX) | A | Int./Div. | J | T | Sold (part) | 09/07/18 | J | A | |
| 139. -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Sold (part) | 09/07/18 | J | A | |
| 140. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | K | T | Sold (part) | 09/07/18 | J | A | |
| 141. -Vanguard Value ETF (VTV) | A | Dividend | K | T | Sold (part) | 09/07/18 | J | A | |
| 142. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 09/07/18 | J | | |
| 143. -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Buy | 09/07/18 | J | | |
| 144. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | J | T | Buy | 09/07/18 | J | | |
| 145. -Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 146. -Vanguard Materials ETF (VAW) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 147. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Buy (add'l) | 09/07/18 | J | | |
| 148. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 149. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Buy (add'l) | 09/07/18 | J | | |
| 150. -Pimco Income (PONAX) | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 151. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Dividend | J | T | Sold (part) | 10/09/18 | J | A | |
| 152. -Lord Abbett Floating Rate (LFRFX) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |
| 153. -Ishares MSCI EAFE Growth ETF (EFG) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Vanguard Financials ETF (VFH) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 155. -Vanguard Materials ETF (VAW) | A | Dividend | | | Sold | 12/28/18 | J | A | |
| 156. -Vanguard Emerging Markets Stock Index Fund (VWO) | A | Int./Div. | J | T | Sold (part) | 12/28/18 | J | A | |
| 157. -Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 12/28/18 | J | A | |
| 158. -Blackrock Strategic Income (BSIIX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 159. -Ishasres Barclays Treasury Bond Fund (IEF) | A | Interest | J | T | Buy | 12/28/18 | J | | |
| 160. -Lord Abbett Short Duration Income CL F (LDLFX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 161. -Pimco Income (PONAX) | A | Int./Div. | J | T | Buy (add'l) | 12/28/18 | J | | |
| 162. -Vanguard Health Care ETF (VHT) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 163. -Vanguard Mid-Cap Index Fund ETF (VO) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 164. -Vanguard Value ETF (VTV) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 165. -Vanguard Small-Cap Index Fund (VB) | A | Dividend | J | T | Buy (add'l) | 12/28/18 | J | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W. | 12/19/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 112 of the 2018 report, it should have been sold all of Vanguard Mid-Cap ETF (VO)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas W. Phillips**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544